

# Doug Welborn

Clerk of Court
19th Judicial District
Parish of East Baton Rouge

P.O. Box 1991
Baton Rouge, La 70821-1991
Telephone: (225) 389-3982
Fax: (225) 389-3392
www.ebrclerkofcourt.org

## FAX RECEIPT

**FROM: SUIT ACCOUNTING DEPARTMENT**

**Date: APRIL 5, 2019**

**FAX NUMBER: (225) 389-3392**

**Suit No.: C-681027**

**To:**     **JENNIFER MCNAMARA**

**Section: 24**

**TEMPLETON RIDGE DEVELOPMENT, LLC VS CHESAPEAKE OPERATING, LLC, ET AL**

**Total Amount Due (Includes all applicable fees below) $92.00**

| | |
|---|---|
| 901-COVER LETTER | 3 PAGES |
| 4004-MTN EXTENSION OF TIME-CV | 3 PAGES |
| 5004-REQUEST NTC-CV | 2 PAGES |

The Clerk's office received the above mentioned documents by facsimile transmission dated 4/4/19, document(s) in the above referenced case. In accordance with R.S. 13:850(B), within seven days, exclusive of legal holidays, the party filing the document shall forward to the clerk, the original signed document, applicable filing fees and a transmission fee. The fax transmission fee is also required of forma pauperis filings and filings by state/political subdivisions.

Applicable fees are established in accordance with law as follows:
13:850(B)(3) A transmission fee of five dollars
13:841(A)(2)(a) First page of each pleading, six dollars
13:841(A)(2)(b) Each subsequent page, four dollars
13:841(A)(2)(c) Paper-exhibits, attachments, transcripts and depositions-per page, two dollars
13:841(A)(4)(b) Issuing document without notice of service, fifteen dollars (Receipt generation fee)

**NO FURTHER ACTION WILL BE TAKEN REGARDING THIS DOCUMENT UNTIL ALL FEES ARE RECEIVED IN THIS OFFICE.**

**SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX FILING. SERVICE WILL BE ISSUED AS A RESULT OF THE FILING OF THE ORIGINAL DOCUMENT(S).**

**IF MAILING ORIGINAL DOCUMENT(S), PLEASE ATTACH THIS RECEIPT TO THE DOCUMENT(S) TO BE FILED. IF FILING THE ORIGINAL DOCUMENTS IN PERSON, PLEASE NOTIFY THE FILING CLERK OF THE PREVIOUS FAX FILING.**

*Megan Carter*

*Deputy Clerk of Court for*
*Doug Welborn, Clerk of Court*

Suit Accounting Dept. Form 46 Rev. 08/26/14

EXHIBIT
"A"

EAST BATON ROUGE PARISH
Filed Apr 09, 2019 12:19 PM
Deputy Clerk of Court
FAX Received Apr 04, 2019

C-681027
24

| | |
|---|---|
| **TEMPLETON RIDGE DEVELOPMENT, LLC** | * **DOCKET NUMBER:  681027** |
| | * |
| | * **SECTION/DIVISION 24** |
| **VERSUS** | * |
| | * **19TH JUDICIAL DISTRICT COURT** |
| **CHESAPEAKE OPERATING, LLC; JN EXPLORATION & PRODUCTION, LIMITED PARTNERSHIP; FIRST ENERGY CORPORATION; AND IP PETROLEUM, LLC** | * **PARISH OF EAST BATON ROUGE** |
| | * |
| | * **STATE OF LOUISIANA** |

---

## UNOPPOSED MOTION FOR EXTENSION OF RESPONSIVE PLEADING DEADLINE

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Chesapeake Operating, L.L.C. ("Chesapeake"), which, with a full reservation of rights, requests an extension of time through and including May 3, 2019, to answer, move or otherwise respond to the Petition filed by Plaintiff, Templeton Ridge Development, LLC.

Counsel for Chesapeake has contacted counsel for Plaintiff, Templeton Ridge Development, LLC, who has consented to the extension. Further, this request represents the first by Chesapeake for an extension to respond to the Petition, and the extension of time is necessary to respond to the Petition; is not sought to delay this matter; and will not materially impede the progress of this case or prejudice any party hereto.

**WHEREFORE**, Chesapeake prays that its motion be granted and that it be afforded an extension of the responsive pleading deadline until May 3, 2019.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

BY: _____
KENNETH K. KLEMM, T.A. (#22097)
JENNIFER McNAMARA (#23946)
TESSA P. VORHABEN (#31293)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

*-and-*

GREGORY E. BODIN (#18802)
ROBERT L. BLANKENSHIP (#33016)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, P.C.**
Chase North Tower
450 Laurel Street, 12th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7000
Facsimile: (225) 343-3612

**ATTORNEYS FOR DEFENDANT,**
**CHESAPEAKE OPERATING, L.L.C.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been forwarded to all counsel of record by depositing a copy of same in the United States Mail, properly addressed, and first-class postage prepaid and/or via electronic mail, on this 4th day of April, 2019.

_____
JENNIFER McNAMARA

| | | |
|---|---|---|
| **TEMPLETON RIDGE DEVELOPMENT, LLC** | * | **DOCKET NUMBER: 681027** |
| | * | |
| | * | **SECTION/DIVISION 24** |
| **VERSUS** | * | |
| | * | **19TH JUDICIAL DISTRICT COURT** |
| **CHESAPEAKE OPERATING, LLC; JN EXPLORATION & PRODUCTION,** | * | |
| | * | **PARISH OF EAST BATON ROUGE** |
| **LIMITED PARTNERSHIP; FIRST** | * | |
| **ENERGY CORPORATION; AND IP** | * | **STATE OF LOUISIANA** |
| **PETROLEUM, LLC** | * | |

---

### ORDER

Considering the foregoing Unopposed Motion for Extension of Responsive Pleading Deadline;

**IT IS HEREBY ORDERED** that Defendant, Chesapeake Operating, L.L.C., be and hereby is granted an extension through and including May 3, 2019, to file responsive pleadings to the Petition filed by Plaintiff, Templeton Ridge Development, LLC.

Baton Rouge, Louisiana, this __12__ day of April 2019.

_R. Michael Caldwell_
_____
JUDGE

EAST BATON ROUGE PARISH
Filed Apr 09, 2019 12:19 PM
Deputy Clerk of Court
FAX Received Apr 04, 2019

C-681027
24

| | | |
|---|---|---|
| TEMPLETON RIDGE DEVELOPMENT, LLC | * | DOCKET NUMBER:  681027 |
| | * | |
| | * | SECTION/DIVISION 24 |
| VERSUS | * | |
| | * | 19TH JUDICIAL DISTRICT COURT |
| CHESAPEAKE OPERATING, LLC; JN | * | |
| EXPLORATION & PRODUCTION, | * | PARISH OF EAST BATON ROUGE |
| LIMITED PARTNERSHIP; FIRST | * | |
| ENERGY CORPORATION; AND IP | * | STATE OF LOUISIANA |
| PETROLEUM, LLC | * | |

---

### REQUEST FOR NOTICE

NOW COMES, through undersigned counsel, Defendant, Chesapeake Operating, L.L.C. ("Chesapeake"), which respectfully requests that it be given, through undersigned counsel, at least ten (10) days written notice in advance of any setting in the above captioned matter, whether same be for conference, hearing, or trial, in accordance with the provisions of Article 1572 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

BY:    _____
KENNETH K. KLEMM, T.A. (#22097)
JENNIFER McNAMARA (#23946)
TESSA P. VORHABEN (#31293)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

-and-

GREGORY E. BODIN (#18802)
ROBERT L. BLANKENSHIP (#33016)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Chase North Tower
450 Laurel Street, 12th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7000
Facsimile: (225) 343-3612

ATTORNEYS FOR DEFENDANT,
CHESAPEAKE OPERATING, L.L.C.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been forwarded to all counsel of record by depositing a copy of same in the United States Mail, properly addressed, and first-class postage prepaid and/or via electronic mail, on this 4th day of April 2019.

_____
JENNIFER McNAMARA

4836-4980-5970v1
2903496-000131

EAST BATON ROUGE PARISH
Filed Apr 04, 2019 8:46 AM
Deputy Clerk of Court

C-681027
24

# BAKER DONELSON
### BEARMAN, CALDWELL & BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA
70170

PHONE: 504.566.5200
FAX:    504.636.4000

www.bakerdonelson.com

JENNIFER MCNAMARA
Direct Dial: 504.566.5240
E-Mail Address: jmcnamara@bakerdonelson.com

April 4, 2019

**VIA FACSIMILE [(225) 389-3392]**

Clerk of Court
19th Judicial District Court
Parish of East Baton Rouge
300 North Boulevard
Baton Rouge, Louisiana  70801

    Re: *Templeton Ridge v. Chesapeake Operating, LLC, et al.*
      19th Judicial District Court, Parish of East Baton Rouge
      Docket No.: 681027; Section 24

Dear Sir or Madam:

   Enclosed are the originals and two (2) copies of an Unopposed Motion for Extension of
responsive Pleading Deadline, with proposed Order, and a Request for Notice, which we request
be filed into the record of the above-captioned matter and forwarded to the Judge for his
signature.  Upon receipt of the fax confirmation, we will prepare a check for payment and send it
along with these originals.  Finally, please return a conformed copy of the Motion, Order, and
Request to our office in the self-addressed, stamped envelope provided for your convenience.

   Thank you for your assistance in this matter.  If you have any questions, please do not
hesitate to contact us.

            Very truly yours,

            Jennifer McNamara

JBM:rrs
Enclosures

4849-3695-7842v1
2903496-000131

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON,

NON-CERTIFIED COPY

Case 3:19-cv-00227-SDD-RLB    Document 1-2    04/17/19    Page 8 of 35
2019-04-04 13:36:19 CST                1985243258?

Clerk of Court
19th Judicial District Court
April 4, 2019
Page 2


cc:      (*VIA E-MAIL – w/attachs.*)
         John B. King (*John.King@bswllp.com*)
         Joseph J. Cefalu, III (*Joseph.Cefalu@bswllp.com*)

4849-3695-7842v1
2903496-000131

NON-CERTIFIED COPY

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 12253893392 |
| FROM | Rosita Strehle |
| DATE | 2019-04-04 13:35:51 CST |
| RE | Templeton Ridge v. Chesapeake, 19th JDC No. 681027 - |
| FAX FILINGS | |

## COVER MESSAGE

Please see attached for fax filing sent on behalf of Jennifer McNamara in the referenced matter.

*Rosita Robles Strehle*
Secretary to
Amelia Williams Koch, Steven F. Griffith, Jr.
Jennifer McNamara and Matthew C. Juneau
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Direct: 504.566.5254
E-mail: rstrehle@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents
clients from across the U.S. and abroad from offices in Alabama,
Georgia, Florida, Louisiana, Maryland, Mississippi, South Carolina,
Tennessee, Texas, Virginia and Washington, D.C.

Please consider the environment before printing this e-mail.

NON-CERTIFIED COPY

| | | |
|---|---|---|
| TEMPLETON RIDGE DEVELOPMENT, LLC | * | DOCKET NUMBER: 681027 |
| | * | |
| | * | SECTION/DIVISION 24 |
| VERSUS | * | |
| | * | 19TH JUDICIAL DISTRICT COURT |
| CHESAPEAKE OPERATING, LLC; IN EXPLORATION & PRODUCTION, LIMITED PARTNERSHIP; FIRST ENERGY CORPORATION; AND IP PETROLEUM, LLC | * | PARISH OF EAST BATON ROUGE |
| | * | STATE OF LOUISIANA |
| | * | |

---

## UNOPPOSED MOTION FOR EXTENSION OF RESPONSIVE PLEADING DEADLINE

NOW INTO COURT, through undersigned counsel, comes Defendant, Chesapeake Operating, L.L.C. ("Chesapeake"), which, with a full reservation of rights, requests an extension of time through and including May 3, 2019, to answer, move or otherwise respond to the Petition filed by Plaintiff, Templeton Ridge Development, LLC.

Counsel for Chesapeake has contacted counsel for Plaintiff, Templeton Ridge Development, LLC, who has consented to the extension. Further, this request represents the first by Chesapeake for an extension to respond to the Petition, and the extension of time is necessary to respond to the Petition; is not sought to delay this matter; and will not materially impede the progress of this case or prejudice any party hereto.

WHEREFORE, Chesapeake prays that its motion be granted and that it be afforded an extension of the responsive pleading deadline until May 3, 2019.

Respectfully submitted,

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

BY:

KENNETH K. KLEMM, T.A. (#22097)
JENNIFER McNAMARA (#23946)
TESSA P. VORHABEN (#31293)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

4834-7318-5938v1
2903496-000131

NON-CERTIFIED COPY

-and-

GREGORY E. BODIN (#18802)
ROBERT L. BLANKENSHIP (#33016)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
Chase North Tower
450 Laurel Street, 12th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7000
Facsimile: (225) 343-3612

**ATTORNEYS FOR DEFENDANT,
CHESAPEAKE OPERATING, L.L.C.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been forwarded to all counsel of record by depositing a copy of same in the United States Mail, properly addressed, and first-class postage prepaid and/or via electronic mail, on this 4th day of April, 2019.

_____
JENNIFER McNAMARA

2

NON-CERTIFIED COPY

| | | |
|---|---|---|
| TEMPLETON RIDGE DEVELOPMENT, LLC | * | DOCKET NUMBER: 681027 |
| | * | |
| | * | SECTION/DIVISION 24 |
| VERSUS | * | |
| | * | 19TH JUDICIAL DISTRICT COURT |
| CHESAPEAKE OPERATING, LLC; JN EXPLORATION & PRODUCTION, LIMITED PARTNERSHIP; FIRST ENERGY CORPORATION; AND IP PETROLEUM, LLC | * | PARISH OF EAST BATON ROUGE |
| | * | |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

## ORDER

Considering the foregoing Unopposed Motion for Extension of Responsive Pleading Deadline;

**IT IS HEREBY ORDERED** that Defendant, Chesapeake Operating, L.L.C., be and hereby is granted an extension through and including May 3, 2019, to file responsive pleadings to the Petition filed by Plaintiff, Templeton Ridge Development, LLC.

Baton Rouge, Louisiana, this _____ day of April 2019.

_____
JUDGE

4834-7318-5938v1
2903496-000131

NON-CERTIFIED COPY

EAST BATON ROUGE PARISH
C-681027
Filed Apr 04, 2019 8:46 AM
24
Deputy Clerk of Court

| | | |
|---|---|---|
| TEMPLETON RIDGE DEVELOPMENT, LLC | * | DOCKET NUMBER: 681027 |
| | * | |
| | * | SECTION/DIVISION 24 |
| VERSUS | * | |
| | * | 19TH JUDICIAL DISTRICT COURT |
| CHESAPEAKE OPERATING, LLC; JN EXPLORATION & PRODUCTION, LIMITED PARTNERSHIP; FIRST ENERGY CORPORATION; AND IP PETROLEUM, LLC | * | PARISH OF EAST BATON ROUGE |
| | * | STATE OF LOUISIANA |
| | * | |

<u>REQUEST FOR NOTICE</u>

NOW COMES, through undersigned counsel, Defendant, Chesapeake Operating, L.L.C. ("Chesapeake"), which respectfully requests that it be given, through undersigned counsel, at least ten (10) days written notice in advance of any setting in the above captioned matter, whether same be for conference, hearing, or trial, in accordance with the provisions of Article 1572 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

BY:

KENNETH K. KLEMM, T.A. (#22097)
JENNIFER McNAMARA (#23946)
TESSA P. VORHABEN (#31293)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

-and-

GREGORY E. BODIN (#18802)
ROBERT L. BLANKENSHIP (#33016)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Chase North Tower
450 Laurel Street, 12th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7000
Facsimile: (225) 343-3612

ATTORNEYS FOR DEFENDANT,
CHESAPEAKE OPERATING, L.L.C.

4836-4980-5370v1
2903496-000131

NON-CERTIFIED COPY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been forwarded to all counsel of record by depositing a copy of same in the United States Mail, properly addressed, and first-class postage prepaid and/or via electronic mail, on this 4th day of April 2019.

_____
JENNIFER McNAMARA

4836-4980-5970v1
2903496-000131

NON-CERTIFIED COPY

**RETURN COPY**



**D1615715**

# CITATION

| | |
|---|---|
| **TEMPLETON RIDGE DEVELOPMENT, LLC**<br>(Plaintiff) | **NUMBER C-681027   SEC. 24** |
| | **19th JUDICIAL DISTRICT COURT** |
| **VS** | |
| | **PARISH OF EAST BATON ROUGE** |
| **CHESAPEAKE OPERATING, LLC, ET AL**<br>(Defendant) | **STATE OF LOUISIANA** |

TO:   **CHESAPEAKE OPERATING, LLC**
        **THROUGH ITS REGISTERED AGENT FOR SERVICE**
        **CT CORPORATION SYSTEM**
        **3867 PLAZA TOWER DRIVE**
        **BATON ROUGE, LA 70816**

GREETINGS:

       Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.
       You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
       This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 20, 2019.**



*Ayucha Bsiordino*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: **CEFALU, JOSEPH J**
                    **225 3874000**

*The following documents are attached:
**PETITION AND REQUEST FOR NOTICE**

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20___ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**     After diligent search and inquiry, was unable to find the within named ~~made service on the named party through the~~ _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

*CT Corporation*

*830AM*

*MAR 22 2019*

*by tendering a copy of this document to*
☐ Jeannine Beauregard    ☐ Brenna Beauregard
☐ Ashley Minvielle         ☐ Allison Reed
**DEPUTY BRYAN SIMMONS**
*Deputy Sheriff, Parish of East Baton Rouge, Louisiana*

NON-CERTIFIED COPY

MAR 2 1 2019

NON-CERTIFIED COPY

# RETURN COPY



**D1615723**

## CITATION

**TEMPLETON RIDGE DEVELOPMENT, LLC**
(Plaintiff)

**VS**

**CHESAPEAKE OPERATING, LLC, ET AL**
(Defendant)

**NUMBER C-681027   SEC. 24**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   **IP PETROLEUM LLC**
      **THROUGH ITS REGISTERED AGENT FOR SERVICE**
      **CT CORPORATION SYSTEM**
      **3867 PLAZA TOWER DRIVE**
      **BATON ROUGE, LA 70816**

GREETINGS:

    Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

    You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

    This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 20, 2019.**



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CEFALU, JOSEPH J**
          **225 3874000**

*The following documents are attached:
**PETITION AND REQUEST FOR NOTICE**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:**      After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$ _____
MILEAGE$_____
TOTAL:  $ _____

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

*[handwritten/stamped overlay:]* made service on the named party through the CT Corporation  B30AM

MAR 22 2019
by tendering a copy of this document to
☐ Jeannine Beauregard    ☐ Brenna Beauregard
☑ Ashley Minvielle        ☐ Allison Reed
**DEPUTY BRYAN SIMMONS**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

NON-CERTIFIED COPY

MAR 2 1 2019

NON-CERTIFIED COPY

**RETURN COPY**



**D1615715**

# CITATION

| | |
|---|---|
| **TEMPLETON RIDGE DEVELOPMENT, LLC**<br>(Plaintiff) | **NUMBER C-681027   SEC. 24** |
| | **19th JUDICIAL DISTRICT COURT** |
| **VS** | **PARISH OF EAST BATON ROUGE** |
| **CHESAPEAKE OPERATING, LLC, ET AL**<br>(Defendant) | **STATE OF LOUISIANA** |

TO:   **CHESAPEAKE OPERATING, LLC**
        **THROUGH ITS REGISTERED AGENT FOR SERVICE**
        **CT CORPORATION SYSTEM**
        **3867 PLAZA TOWER DRIVE**
        **BATON ROUGE, LA 70816**

GREETINGS:

    Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

    You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

    This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 20, 2019.**



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CEFALU, JOSEPH J**
**225 3874000**

*The following documents are attached:
**PETITION AND REQUEST FOR NOTICE**

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**      After diligent search and inquiry, was unable to find the within named ~~made service on the named party through the~~ _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

              _____
              Deputy Sheriff
           Parish of East Baton Rouge

             **CITATION-2000**

*(handwritten)* CT Corporation B30AM

MAR 22 2019
by tendering a copy of this document to
☐ Jeannine Beauregard     ☐ Brenna Beauregard
☑ Ashley Minviello            ☐ Allison Reed
**DEPUTY BRYAN SIMMONS**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

NON-CERTIFIED COPY

MAR 2 1 2019

NON-CERTIFIED COPY

**RETURN COPY**



**D1615723**

## CITATION

| | |
|---|---|
| **TEMPLETON RIDGE DEVELOPMENT, LLC** | **NUMBER C-681027   SEC. 24** |
| (Plaintiff) | |
| | **19th JUDICIAL DISTRICT COURT** |
| **VS** | |
| | **PARISH OF EAST BATON ROUGE** |
| **CHESAPEAKE OPERATING, LLC, ET AL** | **STATE OF LOUISIANA** |
| (Defendant) | |

TO:   **IP PETROLEUM LLC**
      **THROUGH ITS REGISTERED AGENT FOR SERVICE**
      **CT CORPORATION SYSTEM**
      **3867 PLAZA TOWER DRIVE**
      **BATON ROUGE, LA 70816**

GREETINGS:

    Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.
    You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
    This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 20, 2019.**



*Ayosha Siekino*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: **CEFALU, JOSEPH J**
                     **225 3874000**

*The following documents are attached:
**PETITION AND REQUEST FOR NOTICE**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT:     After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

made service on the named party through the
_____ CT Corporation or his domicile, or anyone
B3bAN

MAR 22 2019
by tendering a copy of this document to
☐ Jeannine Beauregard     ☐ Brenna Beauregard
☑ Ashley Minviello         ☐ Allison Reed
**DEPUTY BRYAN SIMMONS**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

NON-CERTIFIED COPY

MAR 2 1 2019

NON-CERTIFIED COPY

**RETURN COPY**



**D1615723**

# CITATION

| | |
|---|---|
| **TEMPLETON RIDGE DEVELOPMENT, LLC** <br> (Plaintiff) | **NUMBER C-681027   SEC. 24** |
| | **19th JUDICIAL DISTRICT COURT** |
| **VS** | **PARISH OF EAST BATON ROUGE** |
| **CHESAPEAKE OPERATING, LLC, ET AL** <br> (Defendant) | **STATE OF LOUISIANA** |

**TO:   IP PETROLEUM LLC**
**THROUGH ITS REGISTERED AGENT FOR SERVICE**
**CT CORPORATION SYSTEM**
**3867 PLAZA TOWER DRIVE**
**BATON ROUGE, LA 70816**

GREETINGS:

     Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

     You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

     This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 20, 2019.**



*Ayesha Siakino*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CEFALU, JOSEPH J**
          **225 3874000**

*The following documents are attached:
**PETITION AND REQUEST FOR NOTICE**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$ _____
MILEAGE$ _____             _____
TOTAL:   $ _____           Deputy Sheriff
               Parish of East Baton Rouge

             **CITATION-2000**

*[handwritten/stamped]* made service on the named party through the CT Corporation

B30AM

MAR 22 2019
by tendering a copy of this document to
☐ Jeannine Beauregard    ☐ Brenna Beauregard
☑ Ashley Minvielle    ☐ Allison Reed
**DEPUTY BRYAN SIMMONS**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

NON-CERTIFIED COPY

MAR 2 1 2019

NON-CERTIFIED COPY

**RETURN COPY**



**D1615715**

# CITATION

| | |
|---|---|
| **TEMPLETON RIDGE DEVELOPMENT, LLC** (Plaintiff) | **NUMBER C-681027   SEC. 24** |
| | **19th JUDICIAL DISTRICT COURT** |
| **VS** | **PARISH OF EAST BATON ROUGE** |
| **CHESAPEAKE OPERATING, LLC, ET AL** (Defendant) | **STATE OF LOUISIANA** |

TO:   **CHESAPEAKE OPERATING, LLC**
      **THROUGH ITS REGISTERED AGENT FOR SERVICE**
      **CT CORPORATION SYSTEM**
      **3867 PLAZA TOWER DRIVE**
      **BATON ROUGE, LA 70816**

GREETINGS:

    Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

    You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.  If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

    This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 20, 2019.**



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: CEFALU, JOSEPH J**
**225 3874000**

*The following documents are attached:
**PETITION AND REQUEST FOR NOTICE**

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named ~~made service on the named party through the~~ _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:   $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

*CT Corporation*

*830 AM*

*MAR 22 2019*

*by tendering a copy of this document to*
☐ Jeannine Beauregard     ☐ Brenna Beauregard
☑ Ashley Minvielle          ☐ Allison Reed

**DEPUTY BRYAN SIMMONS**
*Deputy Sheriff, Parish of East Baton Rouge, Louisiana*

NON-CERTIFIED COPY

MAR 2 1 2019

NON-CERTIFIED COPY



**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

JOSEPH J. CEFALU, III
*Partner*
*joseph.cefalu@bswllp.com*

DIRECT DIAL: 225-381-3176
CORPORATE PHONE: 225-387-4000
FAX: 225-381-8029
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197

www.bswllp.com

March 20, 2019

Clerk of Court                **Hand Delivered**
19th Judicial District Court
300 North Boulevard
Baton Rouge, LA 70802

Re:   Templeton Ridge Development, LLC
v. Chesapeake Operating, LLC, JN Exploration & Production,
Limited Partnership, First Energy Corporation, and IP Petroleum LLC

Dear Clerk:

Enclosed for filing please find an original and three copies of a Petition by Templeton Ridge Development, LLC.  Please process two of the copies of the Petition for Long Arm service and return them to our courier along with a file-stamped copy for our records.  Our check in the amount of $775.00 is attached as payment for the filing and service fees.

Thank you for your assistance.

Sincerely,

Joseph J. Cefalu, III

/co
encl

NON-CERTIFIED COPY

| TEMPLETON RIDGE DEVELOPMENT, LLC | * | SUIT NO. __681027__ SECT/DIV. __24__ |
|---|---|---|
| | * | |
| VERSUS | * | 19th JUDICIAL DISTRICT COURT |
| | * | |
| CHESAPEAKE OPERATING, LLC; JN EXPLORATION & PRODUCTION, LIMITED PARTNERSHIP; FIRST ENERGY CORPORATION; AND IP PETROLEUM, LLC | * | PARISH OF EAST BATON ROUGE |
| | * | |
| | * | STATE OF LOUISIANA |
| | * | |

## PETITION

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Templeton Ridge Development, LLC, which respectfully petitions this Honorable Court for a judgment finding Defendants liable to Plaintiff for damages caused by Defendants' oil and gas exploration, production and related activities. Upon information and belief, Plaintiff alleges the following:

1.

Plaintiff is a domestic limited liability company with a domicile and mailing address of 1100 Camellia Blvd, Suite 201, Lafayette, Louisiana 70508.

2.

Made Defendants herein are:

    a. **Chesapeake Operating, LLC (formerly Chesapeake Operating, Inc.) -** a foreign limited liability company authorized to do business in Louisiana with its Principal Business Establishment in Louisiana located at 3867 Plaza Tower Dr., Baton Rouge, Louisiana, 70816;

    b. **JN Exploration & Production, Limited Partnership -** a foreign partnership no longer authorized to do business in Louisiana;

    c. **First Energy Corporation -** a foreign corporation no longer authorized to do business in Louisiana;

    d. **IP Petroleum LLC (formerly IP Petroleum Company, Inc.)  -** a foreign limited liability company authorized to do business in Louisiana with its Principal Business Establishment in Louisiana located at 3867 Plaza Tower Dr., Baton Rouge, Louisiana, 70816.

3.

Venue is proper in this parish pursuant to Louisiana Code of Civil Procedure articles 42 and 74.

4.

Plaintiff owns approximately 200 acres of primarily undeveloped land located in East Baton Rouge Parish near the intersection of U.S. 61 and La. 964. The property lies in and forms a portion of Section 85, Township 5 South, Range 1 West, and is shown on the 1895 Kaiser &

1

NON-CERTIFIED COPY

1694075.3

Swenson map of East Baton Rouge Parish in the name of "V.E. Montan 210 Acres," less and except certain acres previously conveyed to other parties, hereinafter referred to as the "Property."

5.

Plaintiff purchased the Property with the specific intention of developing a residential neighborhood/Planned Unit Development of approximately 700 lots.

6.

Each of the Defendants conducted oil and gas exploration and/or production operations near the northern boundary of the Property, namely the drilling and/or operation of Well No. 207333, sometimes called the Jennie C. Jean No. 1 (the "Well"), and associated equipment, tanks, and/or pits.

7.

Defendants' oil and gas exploration and production activities on the Property commenced in approximately 1988 and continued until approximately 2001.

8.

During the course of the exploration and/or production activities between 1988 and 2001, Defendants generated and/or produced materials associated with their exploration and/or production activities, including, but not limited to, oil, oily waste, condensate, salt water, washout water, tank sludges, pit water, and drilling cuttings.

9.

On information and belief, materials generated and/or produced by Defendants, including the materials named above, were stored in pits, spilled, released, or otherwise came into contact with soil and groundwater.

10.

On information and belief, Defendants did not completely clean-up, remove, or remediate the materials that had been stored, spilled, and/or released to soil and groundwater.

11.

On information and belief, Defendants did not properly close the pits utilized during the course of their exploration and/or production activities in accordance with applicable rules and regulations.

NON-CERTIFIED COPY

12.

Contaminants consistent with oil and gas exploration and production activities were recently discovered in the soil and groundwater of the Property in the area in which the Well, associated equipment, tanks, and/or pits were located and operated by Defendants.

13.

The Property has been contaminated and damaged by Defendants' oil and gas exploration and production activities, which include, but are not limited to, the construction and operation of the Well, associated equipment, tanks, and/or pits, and the Defendants' failure to remediate and return the Property to its original condition upon completion of their oil and gas exploration and production activities.

14.

The contamination is above risk-based standards developed by regulatory agencies, such as the Louisiana Department of Environmental Quality and/or the Louisiana Department of Natural Resources, and the area surrounding the Well cannot be developed into residential property in its current state.

15.

The contamination requires remediation so that the Property may be restored to its original condition and/or to a condition so that it may be utilized for its intended purpose of residential development.

16.

Plaintiff did not have actual or constructive knowledge of the contamination of the Property, Defendants' negligence, or Defendants' breach of their contracts until less than a year prior to filing this suit.

17.

Plaintiff is the assignee of the personal litigious rights and causes of action of the prior owners of the Property, whether those causes of action sound in tort, contract, or otherwise, and which specifically include any causes of action for environmental damage or contamination to the Property.

18.

Defendants' actions/inactions constitute negligence under Louisiana Civil Code art. 2315. Defendants breached their duty to protect the Property from the contamination that accompanies

3

NON-CERTIFIED COPY

oil and gas exploration and production and further failed to clean and restore the Property to its original condition. Defendants also failed to comply with applicable state regulations, laws, industry standards, and/or internal policies and procedures related to their oil and gas exploration and production activities, including Statewide Order 29-B regarding the proper closure of pits.

19.

Defendants are also liable for a continuing tort and continuing trespass. The pits were not properly closed and remain in place. The pits or other sources continue to cause contamination and damage to the Property due to Defendants' failure to close the pits, remove the contamination, and/or remediate the contamination sources on the Property. Accordingly, Plaintiff's Property is incurring successive damage which will continue until the contamination and contamination sources are removed and remediated.

20.

Defendants are also strictly liable to Plaintiff under Louisiana Civil Code arts. 667 (amended by Act 1 of 1996, effective April 16, 1996), 2317, and 2322 for the damages caused by their control, storage, discharge and disposal of toxic and hazardous oil field waste on the Property. Defendants' actions/inaction are governed by the version of the aforementioned Louisiana Civil Code articles that were in effect at the time of said actions/inaction.

21.

Defendants are also liable for breach of contract. On information and belief, Defendants entered into contracts which permitted them access to the Property for oil and gas exploration and production activities. These contracts may include, but are not limited to, mineral and surface leases, servitude agreements, mineral and surface subleases, right of way agreements, joint operating agreements, unit agreements, working interest agreements, use agreements, farm out agreements, and/or pooling agreements. These contracts contained express or implied obligations for Defendants to not damage or contaminate Plaintiff's Property, to notify the lessor/owner of the Property of any contamination, to remediate any contamination of the Property, and to restore the Property to its original condition. Defendants breached its contractual duties and obligations contained in these contracts by failing to fulfill the express or implied obligations in said contracts.

NON-CERTIFIED COPY

22.

To the extent Plaintiff is unable to bring suit as the assignee of the rights of the prior Property owners, Plaintiff is permitted to file suit as a third party beneficiary of those contracts. Defendants had a contractual and statutory obligation to restore the Property to its original condition and remediate any contamination, which inured to the benefit of Plaintiff. Defendants have failed to do so and are liable for any damage caused by their breach.

23.

Louisiana law, including the Louisiana Mineral Code and Louisiana Civil Code, required Defendants to operate as prudent administrators, to not contaminate Plaintiff's Property, to remediate any contamination, and to restore Plaintiff's Property to its original condition. Defendants violated these provisions, causing damages to Plaintiff and Plaintiff's Property.

24.

The Defendants failed to fulfill their express and/or implied duties under the Louisiana Mineral Code and/or Louisiana Civil Code and unreasonably and/or excessively exercised any and all of their rights under any mineral or surface leases or similar such contract.

25.

Defendants that acquired other legal entities involved in oil and gas exploration and production on or near the Property by merger, acquisition, or otherwise, or which assumed obligations under applicable leases or contacts, had a duty to remedy the damages caused by those prior entities and to protect Plaintiff's Property from contamination and damage.

26.

Defendants' tortious actions, breaches of their contracts, and/or violations of Louisiana's laws have resulted in damages to Plaintiff and Plaintiff's Property. Accordingly, Plaintiff seeks:

- damages for all costs and expenses associated with environmental testing and assessment;

- costs to remediate the Property and return it to its original condition such that it may be utilized for Plaintiff's intended purpose;

- damages for Defendants' trespass and unauthorized use of the Property;

- damages for loss of use and lost profits from the Property; and

- damages for Defendants' failure to notify the Property lessor/owner of the contamination.

NON-CERTIFIED COPY

To the extent necessary, the damages awarded to Plaintiff will be utilized to remediate the contamination and return the Property to as close to its original condition as possible prior to developing it for residential use.

27.

Defendants' actions as described above constitute reckless disregard for public safety in regards to their handling and storage of hazardous and toxic substances. As such, Defendants are liable to Plaintiff for punitive and exemplary damages under the former Louisiana Civil Code article 2315.3 and are limited to Defendants' actions that occurred during the applicability of said article.

28.

As a result of Defendants' actions/inactions, Plaintiff has also sustained damages for the diminution in value of its Property and/or stigma damages. Even after the most feasible remediation is carried out, Plaintiff's Property will remain stigmatized due to the contamination caused by Defendants.

29.

Defendants are also liable for Plaintiff's attorneys' fees, expenses and damages pursuant to La. R.S. 30:29 and/or any contract that provides for such fees, expenses, and damages.

30.

Under Louisiana law, Plaintiff is entitled to remediation of its Property regardless of the location of the source of contamination (whether on the Property or on an adjacent property), regardless of whether a remediation plan requires Defendants to remediate an adjacent property in order to fully remediate Plaintiff's Property and regardless of whether Plaintiff was the owner of the Property at the time the contamination commenced.

31.

In conjunction with the filing of this Petition, and in accordance with La. R.S. 30:29, Plaintiff is notifying the Attorney General and Louisiana Department of Natural Resources of the claims made herein and contamination of the Property.

WHEREFORE, Plaintiff, Templeton Ridge Development, LLC, prays that the Defendants be served and cited with this Petition, and that after due proceedings, this Court grant judgment in favor of Plaintiff and against the Defendants, awarding Plaintiff all damages, expenses, costs, expert fees and costs, and attorneys' fees related to the contamination and

NON-CERTIFIED COPY

remediation of Plaintiff's Property and approving a feasible remediation plan under La. R.S.
30:29, and for all other damages and equitable relief permitted by law.

By Attorneys,

**BREAZEALE, SACHSE & WILSON, L.L.P.**
23rd Floor, One American Place
Post Office Box 3197
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile: (225) 381-8029
Email: John.King@bswllp.com
          Joseph.Cefalu@bswllp.com

_____
John B. King (# 17004)
Joseph J. Cefalu, III (# 34478)
*Counsel for Plaintiff*

**PLEASE SERVE:**

**Chesapeake Operating, LLC**
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

**JN Exploration & Production, Limited Partnership**
          via La. R.S. 13:3201, *et seq*. (Long Arm Statute)
Through its General Partner, JN Oil and Gas, Inc., via
CT Corporation System
1908 Thomas Avenue
Cheyenne, WY  82001

**First Energy Corporation**
          via La. R.S. 13:3201, *et seq*. (Long Arm Statute)
CT Corporation System
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

**IP Petroleum LLC**
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

NON-CERTIFIED COPY

| | | |
|---|---|---|
| TEMPLETON RIDGE DEVELOPMENT, LLC | * | SUIT NO. _____  SECT/DIV. _____ |
| | * | |
| VERSUS | * | 19th JUDICIAL DISTRICT COURT |
| | * | |
| CHESAPEAKE OPERATING, LLC; JN EXPLORATION & PRODUCTION, LIMITED PARTNERSHIP; FIRST ENERGY CORPORATION; AND IP PETROLEUM, LLC | * | PARISH OF EAST BATON ROUGE |
| | * | |
| | * | STATE OF LOUISIANA |
| | * | |

## REQUEST FOR NOTICE

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send us written notice by mail, at least ten (10) days in advance of any date fixed for any and all conferences, hearings, and/or trials in matter, whether on exceptions, rules or the merits thereof, or any assignments of fixing of said case.

In accordance with the provisions of Article 1913 and 1914 of the Louisiana Code of Civil Procedure, you are also hereby requested to send to us immediately notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment, whether interlocutory or final.

This request for notice is made with full reservation of all rights, and we thank you for your customary courtesy and cooperation.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
Email: John.King@bswllp.com
        Joseph.Cefalu@bswllp.com



John B. King (#17004)
Joseph J. Cefalu, III, (34478)
*Counsel for Plaintiff*

NON-CERTIFIED COPY

8