UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TEMPLETON RIDGE DEVELOPMENT, LLC,** | * | **CIVIL ACTION** |
| | * | **NO. 3:19-CV-00227** |
| Plaintiff | * | |
| | * | **JUDGE** |
| **VERSUS** | * | **SHELLY D. DICK** |
| | * | |
| **CHESAPEAKE OPERATING, LLC; JN EXPLORATION & PRODUCTION, LIMITED PARTNERSHIP; FIRST ENERGY CORPORATION; AND IP PETROLEUM, LLC** | * | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| Defendants. | * | |

## JOINT STATUS REPORT

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Templeton Ridge Development, L.L.C. ("Templeton Ridge"), and Defendants, Chesapeake Operating, L.L.C. ("Chesapeake") and IP Petroleum LLC ("IP Petroleum"), (collectively, "Movants"),[1] to jointly file this status report as ordered by the Court on March 27, 2020.

1.

The Movants filed their last joint status report on August 2, 2019 [R. Doc. No. 17], reporting that they had participated in a physical inspection of the property and had begun evaluating the environmental site assessments prepared by Templeton Ridge's consultant.

---

[1] Defendant Plasma Processing Corporation ("Plasma Processing") has participated in all joint activities described in this Joint Status Report but has not answered and thus does not appear here as a Movant. All references herein to the Parties include the Movants and Plasma Processing. Chesapeake and IP Petroleum appear with a full reservation of rights, including all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure.

1

2.

Since the last status report, the Parties have worked together to draft a proposed Site Investigation Workplan Related to the Jennie No. 1 Well ("Workplan").  The Parties jointly submitted that Workplan to the Louisiana Department of Natural Resources on March 3, 2020.

3.

While Chesapeake, IP Petroleum, and Plasma Processing continue to deny any liability to Templeton Ridge, counsel and the Parties continue to work toward a potential resolution of the claims asserted in this action.

4.

All Parties agree that continuing the administrative stay would be beneficial to allow the Parties, their counsel and their consultants to work toward such resolution.  Additional time will allow the Parties to avoid the costs and expenses of engaging in litigation, including, but not limited to, scheduling conferences, formal discovery, and other protracted proceedings, while working toward a potential resolution.

5.

In light of Emergency Proclamation Order No. 30-JBE-2020 of Louisiana Governor John Bel Edwards, the Parties recognize that the resolution of this matter may require more time than under ordinary circumstances.

6.

Accordingly, in submitting this Joint Status Report, Movants respectfully request that the Court continue the existing administrative stay of this litigation for an additional one-hundred and eighty (180) days.

**WHEREFORE**, Plaintiff, Templeton Ridge Development, L.L.C., and Defendants, Chesapeake Operating, L.L.C. and IP Petroleum LLC, submit this Joint Status Report and respectfully request that this Court continue the administrative stay of this proceeding for an additional one-hundred and eighty (180) days.

Respectfully submitted,

**BREAZEALE, SACHSE & WILSON, L.L.P.**

*s/Joseph J. Cefalu, III*
John B. King (# 17004)
Joseph J. Cefalu, III (# 34478)
23rd Floor, One American Place
Post Office Box 3197
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile: (225) 381-8029
Email: John.King@bswllp.com
Email: Joseph.Cefalu@bswllp.com

**ATTORNEYS FOR PLAINTIFF,
TEMPLETON RIDGE DEVELOPMENT, LLC**

-and-

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

*s/Sarah K. Casey*
KENNETH M. KLEMM, T.A. (#22097)
TESSA P. VORHABEN (#31293)
SARAH K. CASEY (#32385)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
kklemm@bakerdonelson.com
tvorhaben@bakerdonelson.com
skcasey@bakerdonelson.com

*-and-*

GREGORY E. BODIN (#18802)
ROBERT L. BLANKENSHIP (#33016)
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
Chase North Tower
450 Laurel Street, 12th Floor
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7000
Facsimile: (225) 343-3612
gbodin@bakerdonelson.com
rblankenship@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
CHESAPEAKE OPERATING, L.L.C.**

*-and-*

**FORMAN WATKINS & KRUTZ LLP**

*s/McCann E. LeFeve*
TIM GRAY, T.A. (#31748)
McCANN E. LeFEVE (#33942)
201 St. Charles Avenue, Suite 2100
New Orleans, Louisiana 70170
Telephone: (504) 799-4383
Facsimile: (504) 799-4384
McCann.LeFeve@formanwatkins.com
LAEService@formanwatkins.com

**ATTORNEYS FOR DEFENDANT,
IP PETROLEUM LLC**

4